# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAFEAL ARLANDOS JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Case No.  04-69-DRH |
| ) | |
| ST. CLAIR COUNTY JAIL, ET AL., ) ) | |
| ) | |
| Defendants. | |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is plaintiff's motion for default judgment. Plaintiff seeks judgment on the claims asserted in his proposed First Amended Complaint. That pleading is the subject of plaintiff's motion for leave to amend, which was pending before the Court until recently. That motion was granted in part and denied in part. The defendants' response is not due until January 13, 2006. The defendants are not in default.

IT IS RECOMMENDED that plaintiff's motion for default judgment (Doc. No. 22) be DENIED.

SUBMITTED:   January 3, 2006   .

*s/Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**