IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RAFEAL ARLANDOS JACKSON,**

    **Plaintiff,**

v.

**ST. CLAIR COUNTY JAIL, et al.,**

    **Defendants.**                        **No. 04-CV-69-DRH**

## ORDER

**HERNDON, District Judge:**

Now before the Court is the Report and Recommendation ("R&R") (Doc. 26) issued pursuant to **28 U.S.C. § 636(b)(1)(B)** by Magistrate Judge Frazier denying Plaintiff's Motion for Default Judgement (Doc. 22). In his Motion for Default Judgement, Plaintiff asserted that Defendants had not timely filed a response to his First Amended Complaint, and as such, he was entitled to a default judgment in his favor. Defendants opposed Plaintiff's Motion. (Doc. 23.)

Plaintiff filed a Motion for Leave to File First Amended Complaint on September 23, 2005. (Doc. 17.) However, upon filing his Motion for Default based on Defendants' failure to respond, Plaintiff did not realize that he had not yet been granted leave to file his Amended Complaint by the Court. In fact, leave was not granted until January 3, 2006, and that Order also noted that Defendants had up until January 9, 2006, on which to file their Answer or otherwise plead to Plaintiff's

First Amended Complaint. (Doc. 25.)

Accordingly, Judge Frazier recommended that Plaintiff's Motion for Default Judgment be denied, because Defendants still had time to file their answer or other responsive pleading. In other words, the Defendants were not yet in default. Following the R&R, Plaintiff filed his Amended Complaint on January 3, 2006. (Doc. 27.) Two days later, on January 5, 2006, Defendants filed their Answer. (Doc. 29.)

The R&R was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" within ten days of service. (*See* Doc. 26-2.) To date, none of the parties have filed objections, and the period in which to file objections has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct *de novo* review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**. Thus, the Court **ADOPTS** the R&R in its entirety. Plaintiff's Motion for Default Judgment (Doc. 22) is hereby **DENIED**.

**IT IS SO ORDERED.**

Signed this 30th day of January, 2006.

/s/          David RHerndon
**United States District Judge**